UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> NEW YORK TRAP ROCK CORPORATION, et al., <br> Defendants. | Case No. 1:21-mc-00008 <br> (Originally Civil Action No. 48-170) |

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

*The Clerk shall close 21-mc-8.*

Dated: 9/11/21

_____
United States District Court Judge
Southern District of New York